# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK ULBRICH,**<br><br>            **Plaintiff,**<br><br>    **vs.**<br><br>**OVERSTOCK.COM, INC.,**<br><br>            **Defendant.** | Case No.: **12-CV-2060 YGR**<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT OVERSTOCK.COM, INC.'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT** |

On May 10, 2012, Defendant Overstock.com Inc. ("Defendant") filed a Motion to Enlarge Time under Civil Local Rule 6-3(a). (Dkt. No. 9.)  Plaintiff has filed an opposition. (Dkt. No. 11.)  The Court having carefully reviewed the parties arguments, and, good cause appearing, ORDERS as follows:

The motion to enlarge the time to respond to the complaint is **GRANTED IN PART AND DENIED IN PART**.  The request to extend the time until after the Court has ruled on Defendant's as-yet unfiled motion to stay pending arbitration is **DENIED**.  However, in the interests of justice, the time to respond to the complaint is extended to permit Defendant to prepare its response.

Defendant shall have until **Monday, May 21, 2012**, to file and serve its motion to stay and any response to the complaint.  To the extent that such response is a motion under Federal Rule of Civil Procedure 12, the motion must be made together with the motion to stay, for hearing on the same law and motion calendar.

1 Hearing on the motion to stay, and any additional Rule 12 motion, shall be noticed for **July 3,**
2 **2012,** or any subsequent civil law and motion calendar.
3 **IT IS SO ORDERED.**
4 This terminates Docket No. 9.

Date: May 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**