# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK ULBRICH,**<br><br>　　　　**Plaintiff,**<br><br>　vs.<br><br>**OVERSTOCK.COM, INC.,**<br><br>　　　　**Defendant.** | Case No.: **12-CV-2060 YGR**<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT OVERSTOCK.COM, INC.'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT** |

On May 10, 2012, Defendant Overstock.com Inc. ("Defendant") filed a Motion to Enlarge Time under Civil Local Rule 6-3(a). (Dkt. No. 9.) Plaintiff has filed an opposition. (Dkt. No. 11.) The Court having carefully reviewed the parties arguments, and, good cause appearing, ORDERS as follows:

The motion to enlarge the time to respond to the complaint is **GRANTED IN PART AND DENIED IN PART**. The request to extend the time until after the Court has ruled on Defendant's as-yet unfiled motion to stay pending arbitration is **DENIED**. However, in the interests of justice, the time to respond to the complaint is extended to permit Defendant to prepare its response.

Defendant shall have until **Monday, May 21, 2012**, to file and serve its motion to stay and any response to the complaint. To the extent that such response is a motion under Federal Rule of Civil Procedure 12, the motion must be made together with the motion to stay, for hearing on the same law and motion calendar.

Hearing on the motion to stay, and any additional Rule 12 motion, shall be noticed for **July 3, 2012,** or any subsequent civil law and motion calendar.

**IT IS SO ORDERED.**

This terminates Docket No. 9.

Date: May 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**