Jonathan E. Sommer (SBN 209179)
Julie L. Fieber (SBN 202857)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
Facsimile:  (415) 981-4343
jsommer@steinlubin.com
jfieber@steinlubin.com

Michael L. Larsen (Utah Bar No. 4069) *(Admitted Pro Hac Vice)*
Nicole G. Farrell (Utah Bar No. 10130) *(Admitted Pro Hac Vice)*
PARSONS BEHLE & LATIMER
201 South Main St., Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
mlarsen@parsonsbehle.com
nfarrell@parsonsbehle.com

*Attorneys for Defendant Overstock.com, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ULBRICH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OVERSTOCK.COM, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 12-cv-2060 YGR<br><br>**ORDER OF DISMISSAL** NUNC PRO TUNC<br><br>Judge Yvonne Gonzalez Rogers |

THIS CAUSE came before the Court upon the parties' Stipulated Dismissal with Prejudice, filed October 19, 2012. Upon due consideration and pursuant to Federal Rule of Civil Procedure 41(a), it is hereby:

ORDERED that this action is DISMISSED with prejudice, this  22  day of October, 2012. Each party shall bear its own costs and fees.

ORDER ENTERED NUNC PRO TUNC AS OF OCTOBER 22, 2012, ON JUNE 4, 2014.

JUDGE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT

Approved as to form:

Troy Valdez
VALDEZ NOOR TODD & DOYLE LLP

Attorneys for Mark Ulbrich

1  JONATHAN SOMMER (SBN 209179)
   JULIE L. FIEBER (SBN 202857)
2  STEIN & LUBIN LLP
   Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, CA 94111
4  Telephone:   (415) 981-0550
   Facsimile:   (415) 981-4343
5  jsommer@steinlubin.com
   jfieber@steinlubin.com
6
   Attorneys for Defendant
7  OVERSTOCK.COM, INC.

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12 | MARK ULBRICH, an individual,              | Case No. C-12-02060 YGR
13 |         Plaintiff,                        |
14 | v.                                        | **CERTIFICATE OF SERVICE**
15 | OVERSTOCK.COM, INC., a Delaware           | Judge: Hon. Yvonne Gonzalez Rogers
   | corporation; and DOES 1-50, inclusive,    |
16 |                                           |
17 |         Defendants.                       |

18

19

20     I, Wendy Harrison, declare:

21     I am a citizen of the United States and employed in San Francisco County, California. I

22 am over the age of eighteen years and not a party to the within-entitled action. My business

23 address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California

24 94111. On October 19, 2012, I served a copy of the within document(s):

25
   **ORDER OF DISMISSAL**
26

27

28

55790012/478429v1                    1                    Case No. c-12-02060 YGR
                            CERTIFICATE OF SERVICE

☒ **(BY NEF)** To be served by the Court Via Notice of Electronic Filing ("NEF"): Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF to all those person(s) listed on the Electronic Mail Notice List.

Troy A. Valdez
Valdez Noor Todd & Doyle LLP
116 New Montgomery Street, Suite 210
San Francisco, CA  94105

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 19, 2012, at San Francisco, California.

_____
Wendy Harrison